1  ALSCHULER GROSSMAN STEIN & KAHAN LLP    ORIGINAL
   Stanton L. Stein (No. 45997), lstein@agsk.com
2  Ann Loeb (No. 138921), aloeb@agsk.com
   Samuel E. Rogoway (No. 234312), srogoway@agsk.com
3  The Water Garden
   1620 26th Street
4  Fourth Floor, North Tower
   Santa Monica, CA  90404-4060
5  Telephone:  310-907-1000
   Facsimile:  310-907-2000
6
   Attorneys for Plaintiff
7  ASHLEY OLSEN

8  GREENBERG GLUSKER FIELDS CLAMAN
   MACHTINGER & KINSELLA LLP
9  Dale F. Kinsella (SBN 063370)
   Gregory J. Aldisert (SBN 115334)
10 Steven P. Montgomery (SBN 222387)
   1900 Avenue of the Stars, 21t Floor
11 Los Angeles, California  90067-4590
   Telephone:  310-553-3610
12 Facsimile:  310-553-0687

13 Attorney for Defendants
   AMERICAN MEDIA, INC. AND NATIONAL ENQUIRER,
14 INC.

15             UNITED STATES DISTRICT COURT
16             CENTRAL DISTRICT OF CALIFORNIA
17

18 ASHLEY OLSEN,                  | CASE NO. CV 05-01546 GHK (VBKx)
19              Plaintiff,         | JOINT STIPULATION AND
                                   | [PROPOSED] ORDER FOR DISMISSAL
20         vs.                     | WITH PREJUDICE
21 AMERICAN MEDIA, INC., a         | Comp. Filed: Feb. 14, 2005
   Delaware corporation; NATIONAL  | Trial Date:   None set
22 ENQUIRER, INC., a Florida       | Disc. Cut-off: December 31, 2005
   corporation; NATIONAL           | Mot. Cut-off: January 31, 2006
23 ENQUIRER MAGAZINE, an
   unknown business entity; DOES 1-25,
24
                Defendants.
25

26         IT IS HEREBY STIPULATED by and between Plaintiff Ashley Olsen
27 ("Plaintiff") and Defendants American Media, Inc. and National Enquirer, Inc.
28

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

("Defendants") to this action through their respective counsel that the above-captioned action be and hereby is dismissed in its entirety as against all defendants with prejudice pursuant to FRCP 41(a)(1), all parties to bear her or its own costs and fees.

DATED: November 11, 2005    ALSCHULER GROSSMAN STEIN & KAHAN LLP

By: _____
Stanton L. Stein, Esq.
Attorneys for Plaintiff
ASHLEY OLSEN

DATED: November 11, 2005    GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP

By: _____
Dale Kinsella, Esq.
Attorneys for Defendants
AMERICAN MEDIA, INC. AND NATIONAL ENQUIRER, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: November 16, 2005

_____
United States District Judge

# PROOF OF SERVICE
### CCP §1011, CCP §1013a(3)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 2100, Los Angeles, California 90067-4590.

On November 11, 2005, I served the foregoing document described as JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE on the interested parties in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Stanton L. Stein, Esq.
Ann Loeb, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, North Tower
Santa Monica, CA 90404
Via Facsimile (310) 907-2000

**BY MAIL:**

☐ I caused such document to be sent via facsimile to the above listed names and facsimile numbers and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November 11, 2005, at Los Angeles, California.

**BY PERSONAL SERVICE:**

☐ I delivered such envelope by hand to the offices of the addressee.

Executed on November 11, 2005, at Los Angeles, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Fed) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Kathy Souviron

_____
Signature

1491701.1
03697-00003

PROOF OF SERVICE